(August 10, 1983)

■ In the Matter of the Application of CHARLES S. RONDER, for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Charles S. Ronder, reinstated as an attorney and counselor at law, effective immediately. Order entered. Mahoney, P. J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.